Pete's Hideaway Liquor License Case.

Argued April 12, 1966. *Lawrence L. Davis,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney

General, for Pennsylvania Liquor Control Board, appellant; *Nathan C. Rascona*, with him *Shaulis & Rascona*, for appellee.

Order affirmed.

MONTGOMERY, J., dissented.

WATKINS, J., absent.